**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 3:24-cv-00177 |
| NOTRE DAME FEDERAL CREDIT UNION, | ) ) | |
| Defendant. | ) ) | |

### PLAINTIFF NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff New York Marine and General Insurance Company issues its Corporate Disclosure Statement. To wit:

1. Plaintiff discloses that New York Marine and General Insurance Company is a wholly owned subsidiary of Coaction Specialty Insurance Group, Inc.; Coaction Specialty Insurance Group, Inc., is wholly owned by Coaction Global, Inc.; and Coaction Global, Inc. is wholly owned by two private equity firms, TowerBrook Capital Partners, LP, and Further Global Capital Management, LP.

2. No publicly held company has an ownership of 10% or more in New York Marine and General Insurance Company.

3. New York Marine and General Insurance Company is a corporation domiciled under the laws of the State of New York, with its principal place of business in Morristown, New Jersey.

4. Plaintiff asserts that this Court has diversity jurisdiction in this matter pursuant to 28 U.S.C. § 1332, and pled sufficient facts to that effect in its Complaint, Docket Entry #2, ¶ 1-4.

5. No additional disclosures are required under this Court's General Order 2023-06 or the Federal Rules of Civil Procedure.

Dated this 22nd day of March, 2024.

Respectfully submitted,

**KOPKA PINKUS DOLIN**

*/s/ Minh C. Wai*
Minh C. Wai (#22780-45)
9801 Connecticut Drive
Crown Point, IN 46307
mcwai@kopkalaw.com

In Association With:
Joshua A. Dorothy, Esq. (pro hac vice pending)
Nicholas J. Sideras, Esq. (pro hac vice pending)
Gregerson, Rosow, Johnson & Nilan, Ltd.
100 Washington Avenue South, Suite 1550
Minneapolis, MN 55401
(612) 338-0755

**ATTORNEYS FOR NEW YORK MARINE AND
GENERAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, a true and correct copy of this document was filed electronically. Notice of this filing will be sent to the following by operation of the Court's CM/ECF system:

Kay D. Baird
**Krieg DeVault LLP**
One Indiana Square, Suite 2800
Indianapolis, IN 46204
kbaird@kdlegal.com
*Attorney for Notre Dame Federal Credit Union*

Jeffrey S. Gibson
**WAGNER REESE LLP**
11939 N. Meridian Street
Carmel, IN 46032
jgibson@wagnerreese.com
*Attorney for David Dilly*

*/s/ Minh C. Wai*