UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.:  3:24-cv-00177-DRL-MGG |
| NOTRE DAME FEDERAL CREDIT UNION, | ) ) ) | |
| Defendant. | ) | |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendant Notre Dame Federal Credit Union.

Respectfully submitted,


/s/ Kay Dee Baird
Kay Dee Baird, Attorney No. 28821-73
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana  46204
Telephone:    (317) 636-4341 (Main)
                      (317) 238-6306 (Direct)
Facsimile:    (317) 636-1507
E-Mail:       kbaird@kdlegal.com

*Attorney for Defendant Notre Dame*
*Federal Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Minh C. Wai, Esq.
Ricardo J. Aguirre, Esq.
KOPKA PINKUS DOLIN
9801 Connecticut Drive
Crown Point, Indiana  46307
MCWai@kopkalaw.com
rjaguirre@kopkalaw.com

Joshua A. Dorothy
Nicholas J. Sideras
Gregerson, Rosow, Johnson & Nilan, Ltd.
100 Washington Avenue South, Suite 1550
Minneapolis, MN  55401
jdorothy@grjn.com
nsideras@grjn.com

/s/ Kay Dee Baird
Kay Dee Baird

KD_15219860_1.docx