UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 3:24-cv-00177-DRL-MGG ) |
| NOTRE DAME FEDERAL CREDIT UNION, | ) ) |
| Defendant. | ) ) |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Notre Dame Federal Credit Union ("Notre Dame FCU"), through its counsel, Krieg DeVault LLP, and pursuant to Fed. R. Civ. P. 6(b)(1)(A) and N.D. Ind. L.R. 6-1(a), files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and respectfully requests a 28-day extension to and including May 24, 2024, to file its Answer to Plaintiff New York Marine and General Insurance Company's ("Plaintiff") Complaint for Declaratory Judgment ("Complaint"). Notre Dame FCU states the following in support of the Motion:

1. Plaintiff filed its Complaint on February 26, 2024.

2. On March 5, 2024, counsel for Notre Dame FCU executed a Waiver of the Service of Summons ("Waiver") and e-mailed the Waiver to counsel for Plaintiff on March 5, 2024. A true and accurate copy of the e-mail communication and Waiver are attached hereto as Exhibit A.

3. Pursuant to the execution of the Waiver, the answer or otherwise response is due April 26, 2024, which time has not yet passed.

4. Mediation of the underlying lawsuit at issue in Plaintiffs Complaint is scheduled for May 14, 2024. It is most efficient and cost effective for the parties if the time to respond to the Complaint be extended to a time past the date of the mediation. Notre Dame FCU requires additional time to complete its investigation of Plaintiff's claims and prepare an appropriate response should the mediation not be successful.

5. Notre Dame FCU requests an extension of 28-days, to and including, May 24, 2024, to file its answer or otherwise respond to Plaintiff's Complaint.

6. There is no case management plan in this matter. This extension will not interfere with a case management plan, scheduled hearing, trial, or other deadline set by this Court.

7. On April 19, 2024, the undersigned counsel for Notre Dame FCU contacted Plaintiff's counsel to confer regarding Notre Dame FCU's request for an extension of time to May 24, 2024. Plaintiff's counsel indicated he does _not_ object to Notre Dame FCU's requested extension of time.

**WHEREFORE**, Defendant Notre Dame Federal Credit Union, by counsel, requests the Court issue an order in the form tendered herewith extending the due date for Notre Dame FCU to answer or otherwise respond to Plaintiff's Complaint by 28 days, to and including May 24, 2024.

Respectfully submitted,

/s/ Scott S. Morrisson
Scott S. Morrisson, Attorney No. 11633-49
Krieg DeVault LLP
12800 North Meridian Street, Suite 300
Carmel, Indiana  46032
Telephone:    (317) 566-1110 (Main)
              (317) 238-6201 (Direct)
Facsimile:    (317) 636-1507
E-Mail:       smorrisson@kdlegal.com

Kay Dee Baird, Attorney No. 28821-73
Alexandra Wilson Pantos, Attorney No. 37003-49
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana  46204
Telephone:    (317) 636-4341 (Main)
              (317) 238-6306 (Direct – K. Baird)
              (317) 238-6353 (Direct – A. Wilson Pantos)
Facsimile:    (317) 636-1507
E-Mail:       kbaird@kdlegal.com
              awilson@kdlegal.com

*Attorneys for Defendant,*
*Notre Dame Federal Credit Union Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2024, a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Minh C. Wai, Esq.
Ricardo J. Aguirre, Esq.
Kopka Pinkus Dolin
9801 Connecticut Drive
Crown Point, Indiana  46307
MCWai@kopkalaw.com
rjaguirre@kopkalaw.com

/s/ Scott S. Morrisson
Scott S. Morrisson

KD_15265141_1.docx

3