UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NEW YORK MARINE AND<br>GENERAL INSURANCE COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>NOTRE DAME FEDERAL CREDIT UNION<br><br>    Defendant, | )<br>)<br>)<br>)<br>)<br>) Case No.: 3:24-cv-00177-DRL-MGG<br>)<br>)<br>)<br>)<br>) |
| DAVID DILLEY,<br><br>    Intervenor. | |

**APPEARANCE**

Comes now the law firm of Wagner Reese, LLP, by Jeffrey S. Gibson, and files his Appearance on behalf of Intervenor, DAVID DILLEY.

Respectfully submitted,

/s/ Jeffery S. Gibson
Jeffrey S. Gibson, Esq. #22362.49
WAGNER REESE, LLP
11939 North Meridian Street, Ste 100
Carmel, IN 46032
Tel: (317)569-0000/ Fax: (317)569-8088
Email: jgibson@wagnerreese.com
Counsel for David Dilley

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Minh C. Wai, Esq.
Ricardo J. Aguirre, Esq.
**Kopka Pinkus Dolin**
9801 Connecticut Drive Crown Point, Indiana 46307
MCWai@kopkalaw.com
rjaguirre@kopkalaw.com

Joshua A. Dorothy
Nicholas J. Sideras
**Gregerson, Rosow, Johnson & Nilan, Ltd.**
100 Washington Avenue South, Suite 1550 Minneapolis, MN 55401
jdorothy@grjn.com
nsideras@grjn.com

Kay Dee Baird
**Krieg DeVault LLP**
One Indiana Square, Suite 2800
Indianapolis, IN 46204
kbaird@kdlegal.com

 /s/  Jeffery S. Gibson
Jeffrey S. Gibson, Esq.  #22362.49
WAGNER REESE, LLP
11939 North Meridian Street, Ste 100
Carmel, IN  46032
Tel: (317)569-0000/ Fax: (317)569-8088
Email:  jgibson@wagnerreese.com
Counsel for David Dilley