(COURT USE ONLY)

RECEIPT NO.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

New York Marine and General Insurance Company

v.

Notre Dame Federal Credit Union

Cause No. | 3:24-cv-177

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

David Dilley

Party(s) Represented

Prefix (check one)  ☒ Mr.    ☐ Ms.    ☐ Mrs.

Last Name: | Richards      First Name: | Craig     Middle Name/Initial | W

Generation (Sr, Jr, etc):

Firm Name: | OnderLaw

Street Address: | 110 E. Lockwood Avenue      Suite/Room No.:

City: | St. Louis      State: | MO      Zip: | 63119

Office Telephone No.: | 314-963-9000      Fax No.: | 314-963-1700

E-Mail Address: | richards@onderlaw.com

## EDUCATION:

College: | University of Missouri-Columbia      Degree: | Accounting      Year Completed: | 2011

Law School: | Saint Louis University      Year Graduated: | 2014

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Missouri | 2014 | Active | 67262 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Eastern District of Missouri | 2020 | Active |
| | | |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, | Craig W. Richards |, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: | 9/4/2024

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated:    9/5/2024                                                      s/ Scott J. Frankel
                                                                        Judge, U. S. District Court

Revised 06/05/2013