UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NOTRE DAME FEDERAL CREDIT UNION,<br><br>Defendant. | CAUSE NO. 3:24-CV-177 DRL-SJF |

## ORDER

New York Marine and General Insurance Company filed a motion for judgment on the pleadings [33]. The court has taken a motion to intervene under advisement and is likewise evaluating whether it has subject matter jurisdiction over this case. The proposed intervenor, David Dilley, filed a motion requesting that the court stay briefing on the motion for judgment on the pleadings until it rules on the motion to intervene, and he makes a jurisdictional argument [36], though in fairness he has advanced similar points in a companion case and here too.

The court has an independent obligation to ensure its subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3); *Smith v. Am. Gen. Life & Accident Ins. Co.*, 337 F.3d 888, 892 (7th Cir. 2003). Until it confirms jurisdiction, it cannot rule on a dispositive motion. The court thus DENIES WITHOUT PREJUDICE the motion for judgment on the pleadings with leave to refile, if appropriate, once the court addresses jurisdiction [33]. The court DENIES AS MOOT the motion to stay [36].

SO ORDERED.

October 10, 2024                                                       *s/ Damon R. Leichty*
                                                                                       Judge, United States District Court